THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| EDGAR IVAN DIAZ FLORES,<br><br>Petitioner,<br><br>v.<br><br>RUBEN LEYVA, Acting Field Office Director, Salt Lake City Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement (ICE/ERO); BRIAN HENKE Field Office Director for Las Vegas/Salt Lake City; MARKWAYNE MULLIN, Secretary United States Department of Homeland Security; TODD BLANCHE, Acting U.S. Attorney General,<br><br>Respondents. | **JUDGMENT**<br><br>Case No. 4:26-cv-00060-DN-PK<br><br>District Judge David Nuffer |

IT IS ORDERED AND ADJUDGED THAT as explained in the MEMORANDUM DECISION AND ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS; ORDERING RELEASE AND REPORTS[1] the Petition for Habeas Corpus is GRANTED.[2]

JUDGMENT is entered in favor of EDGAR IVAN DIAZ FLORES, and against Defendants RUBEN LEYVA, Acting Field Office Director, Salt Lake City Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement (ICE/ERO); BRIAN HENKE, Field Office Director for Las Vegas/Salt Lake City; MARKWAYNE MULLIN, Secretary United States Department of Homeland Security; TODD BLANCHE, U.S. Attorney General:

[1] Memorandum Decision and Order Granting Petition for Writ of Habeas Corpus; Ordering Release and Reports, docket no. 15, filed June 25, 2026.

[2] Petition for Writ of Habeas Corpus ("Petition"), docket no. 1, filed May 22, 2026.

1. Mr. Diaz may pursue attorney's fees in post-judgment proceedings.

2. The Clerk of Court is ordered to close this case.

Signed July 9, 2026.

BY THE COURT

David Nuffer
United States District Judge